FILED

APR 0 9 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ARIBA, INC., | Case No. 12-cv-01484-JST |
|---|---|
| Plaintiff, | |
| v. | **SCHEDULING ORDER** |
| COUPA SOFTWARE INC., | |
| Defendant. | |

The Court hereby sets the following case schedule deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Claim construction opening brief filing deadline | July 12, 2013 |
| Technology tutorial | August 20, 2013 2:00 p.m. |
| Claim construction hearing | September 3, 2013 2:00 p.m. |

Counsel can modify these dates only with leave of court. The parties shall comply at all times with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

While the Court encourages informal resolution, the Court ordinarily does not grant extensions on the ground that settlement discussions are occurring or because the parties experienced delays in scheduling settlement conferences, mediation, or early neutral evaluation. The parties should proceed to prepare their cases for trial. No continuance, even if stipulated,

shall be granted on the ground of incomplete preparation without competent and detailed declarations setting forth good cause.

Dated: April 9, 2013

                                                             JON S. TIGAR
                                                             United States District Judge