1  Robert T. Haslam (SBN 71134 / rhaslam@cov.com)
2  Amy K. Van Zant (SBN 19742 / avanzant@cov.com)
3  Hyun S. Byun (SBN 281753 / hbyun@cov.com)
4  COVINGTON & BURLING LLP
   333 Twin Dolphin Drive, Suite 700
5  Redwood Shores, CA 94065
   Telephone: (650) 632-4700
6  Facsimile: (650) 632-4800

7  Robert D. Fram (SBN 126750 / rfram@cov.com)
8  Christine Saunders Haskett (SBN 188053 / chaskett@cov.com)
9  Matthew D. Kellogg (SBN 280541 / mkellogg@cov.com
10 Tess A. Hamilton (SBN 279738 / tahamilton@cov.com)
11 COVINGTON & BURLING LLP
   One Front Street
12 San Francisco, CA 94111
   Telephone: (415) 591-6000
13 Facsimile: (415) 591-6091

14 Attorneys for Plaintiff/Counter-defendant
   ARIBA, INC.
15

   Kelly C. Hunsaker (SBN 168307 / hunsaker@fr.com)
   Enrique D. Duarte (SBN 247523 / duarte@fr.com)
   FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
   Redwood City, California 94063
   Telephone: (650) 839-5070
   Facsimile: (650) 839-5071

   Attorneys for Defendant/Counterclaimant
   COUPA SOFTWARE INC.

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                        SAN FRANCISCO DIVISION

19  ARIBA, INC.,                                Case No. 3:12-cv-01484 JST

20       Plaintiff/Counter-defendant,           **[PROPOSED]** STIPULATED CASE
                                                MANAGEMENT ORDER
21       v.

22  COUPA SOFTWARE INC.,

23       Defendant/Counterclaimant.

24

25       In light of the Court's April 9, 2013 Scheduling Order (Dkt. No. 34), Plaintiff/Counter-

26  defendant Ariba, Inc. ("Ariba") and Defendant/Counterclaimant Coupa Software Inc. ("Coupa")

27  hereby stipulate to the following claim construction schedule for this case:

28

                                            1       [PROPOSED] STIPULATED CASE MANAGEMENT ORDER
                                                                        Case No. 3:12-cv-01484 JST

| Event | Date |
|---|---|
| Joint Claim Construction Statement (Patent L.R. 4-3) (45 days before Opening Claim Construction Brief) | Tuesday, May 28, 2013 |
| Last Day for Claim Construction Discovery (Patent L.R. 4-4) (30 days after Joint Claim Construction Statement) | Thursday, June 27, 2013 |
| Ariba's Opening Claim Construction Brief (Patent L.R. 4-5(a)) (per April 9, 2013 Scheduling Order) | Friday, July 12, 2013 |
| Coupa's Claim Construction Opposition Brief (Patent L.R. 4-5(b)) (14 days after Opening Brief) | Friday, July 26, 2013 |
| Ariba's Claim Construction Reply Brief (Patent L.R. 4-5(c)) (7 days after Opposition Brief) | Friday, August 2, 2013 |
| Technology Tutorial (per April 9, 2013 Scheduling Order) | Tuesday, August 20, 2103 |
| Claim Construction Hearing (per April 9, 2013 Scheduling Order) | Tuesday, September 3, 2013 |

**IT IS SO STIPULATED.**


Dated:  May 1, 2013

COVINGTON & BURLING LLP

By:  */s/ Amy K. Van Zant*
    Amy K. Van Zant

Attorneys for Plaintiff/Counter-defendant
ARIBA, INC.

Dated:  May 1, 2013

FISH & RICHARDSON P.C.

By:  */s/ Enrique D. Duarte*
    Enrique D. Duarte

Attorneys for Defendant/Counterclaimant
COUPA SOFTWARE INC.

1  **IT IS SO ORDERED.**

3  Dated:  May 1, 2013

IT IS SO ORDERED

Judge Jon S. Tigar

3   [~~PROPOSED~~] STIPULATED CASE MANAGEMENT ORDER
Case No. 3:12-cv-01484 JST