Robert T. Haslam (SBN 71134 / rhaslam@cov.com)
Amy K. Van Zant (SBN 19742 / avanzant@cov.com)
Hyun S. Byun (SBN 281753 / hbyun@cov.com)
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Robert D. Fram (SBN 126750 / rfram@cov.com)
Christine Saunders Haskett (SBN 188053 / chaskett@cov.com)
Matthew D. Kellogg (SBN 280541 / mkellogg@cov.com
Tess A. Hamilton (SBN 279738 / tahamilton@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Attorneys for Plaintiff/Counter-defendant
ARIBA, INC.

Kelly C. Hunsaker (SBN 168307 / hunsaker@fr.com)
Enrique D. Duarte (SBN 247523 / duarte@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Defendant/Counterclaimant
COUPA SOFTWARE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARIBA, INC.,<br><br>Plaintiff/Counter-defendant,<br><br>v.<br><br>COUPA SOFTWARE INC.,<br><br>Defendant/Counterclaimant. | Case No. 3:12-cv-01484 JST<br><br>[~~PROPOSED~~] STIPULATED CASE MANAGEMENT ORDER |

In light of the Court's April 9, 2013 Scheduling Order (Dkt. No. 34), Plaintiff/Counter-defendant Ariba, Inc. ("Ariba") and Defendant/Counterclaimant Coupa Software Inc. ("Coupa") hereby stipulate to the following claim construction schedule for this case:

| Event | Date |
|---|---|
| Joint Claim Construction Statement (Patent L.R. 4-3) (45 days before Opening Claim Construction Brief) | Tuesday, May 28, 2013 |
| Last Day for Claim Construction Discovery (Patent L.R. 4-4) (30 days after Joint Claim Construction Statement) | Thursday, June 27, 2013 |
| Ariba's Opening Claim Construction Brief (Patent L.R. 4-5(a)) (per April 9, 2013 Scheduling Order) | Friday, July 12, 2013 |
| Coupa's Claim Construction Opposition Brief (Patent L.R. 4-5(b)) (14 days after Opening Brief) | Friday, July 26, 2013 |
| Ariba's Claim Construction Reply Brief (Patent L.R. 4-5(c)) (7 days after Opposition Brief) | Friday, August 2, 2013 |
| Technology Tutorial (per April 9, 2013 Scheduling Order) | Tuesday, August 20, 2103 |
| Claim Construction Hearing (per April 9, 2013 Scheduling Order) | Tuesday, September 3, 2013 |

**IT IS SO STIPULATED.**

Dated:  May 1, 2013                                          Dated:  May 1, 2013

COVINGTON & BURLING LLP                      FISH & RICHARDSON P.C.

By:   */s/ Amy K. Van Zant*                              By:   */s/ Enrique D. Duarte*
      Amy K. Van Zant                                              Enrique D. Duarte

Attorneys for Plaintiff/Counter-defendant        Attorneys for Defendant/Counterclaimant
ARIBA, INC.                                                       COUPA SOFTWARE INC.

1  **IT IS SO ORDERED.**

3  Dated:  May 1, 2013



IT IS SO ORDERED

Judge Jon S. Tigar