| | |
|---|---|
| Kelly C. Hunsaker (SBN 168307 / hunsaker@fr.com) | Robert T. Haslam (SBN 71134 / rhaslam@cov.com) |
| Enrique D. Duarte (SBN 247523 / duarte@fr.com) | Amy K. Van Zant (SBN 19742 / avanzant@cov.com) |
| FISH & RICHARDSON P.C. | Hyun S. Byun (SBN 281753 / hbyun@cov.com) |
| 500 Arguello Street, Suite 500 | COVINGTON & BURLING LLP |
| Redwood City, California 94063 | 333 Twin Dolphin Drive, Suite 700 |
| Telephone: (650) 839-5070 | Redwood Shores, CA 94065 |
| Facsimile: (650) 839-5071 | Telephone: (650) 632-4700 |
| | Facsimile: (650) 632-4800 |
| Attorneys for Defendant/Counterclaimant COUPA SOFTWARE INC. | |
| | Robert D. Fram (SBN 126750 / rfram@cov.com) |
| | Christine Saunders Haskett (SBN 188053 / chaskett@cov.com) |
| | Matthew D. Kellogg (SBN 280541 / mkellogg@cov.com |
| | Tess A. Hamilton (SBN 279738 / tahamilton@cov.com) |
| | COVINGTON & BURLING LLP |
| | One Front Street |
| | San Francisco, CA 94111 |
| | Telephone: (415) 591-6000 |
| | Facsimile: (415) 591-6091 |
| | Attorneys for Plaintiff/Counter-defendant ARIBA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARIBA, INC., | Case No. 3:12-cv-01484 JST |
| Plaintiff/Counter-defendant, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR CLAIM CONSTRUCTION DISCOVERY** |
| v. | |
| COUPA SOFTWARE INC., | |
| Defendant/Counterclaimant. | |

Pursuant to Civil L.R. 6-2, Plaintiff/Counter-defendant Ariba, Inc. ("Ariba") and Defendant/Counterclaimant Coupa Software Inc. ("Coupa") respectfully submit the following Stipulation and Proposed Order.

On May 1, 2013, The Honorable Judge Tigar set the Last Day for Claim Construction Discovery (Patent L.R. 4-4) for June 27, 2013. ECF No. 38. The parties hereby request an extension of this deadline up to and including July 2, 2013.

The modification requested herein will not have an effect on the schedule for the case, as the parties will abide by all deadlines necessary to fit with the claim construction schedule to be set by the Court.

**IT IS SO STIPULATED.**

Dated:   June 7, 2013

FISH & RICHARDSON P.C.

By   */s/ Enrique D. Duarte*
     Enrique D. Duarte

Attorneys for Defendant/Counterclaimant
COUPA SOFTWARE INC.

Dated:   June 7, 2013

COVINGTON & BURLING LLP

By:   */s/ Amy K. Van Zant*
      Amy K. Van Zant

Attorneys for Plaintiff/Counter-defendant
ARIBA, INC.

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS ORDERED** that the parties' Patent L.R. 4-4 Claim Construction Discovery deadline shall be extended to July 2, 2013.

Dated: _____June 7___, 2013        _____
                                          The Hon. Jon S. Tigar
                                          United States District Judge

1 | Pursuant to Civil Local Rule 5-1, I attest that concurrence in the filing of this document has
2 | been obtained from the signatory listed above.

4 | Dated:    June 7, 2013                                       COVINGTON & BURLING LLP

By:    */s/ Amy K. Van Zant*
      Amy K. Van Zant