1 | Kelly C. Hunsaker (SBN 168307 / hunsaker@fr.com)
2 | Enrique D. Duarte (SBN 247523 / duarte@fr.com)
3 | FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
4 | Redwood City, California 94063
Telephone: (650) 839-5070
5 | Facsimile: (650) 839-5071

6 | Attorneys for Defendant/Counterclaimant
COUPA SOFTWARE INC.

Robert T. Haslam (SBN 71134 / rhaslam@cov.com)
Amy K. Van Zant (SBN 19742 / avanzant@cov.com)
Hyun S. Byun (SBN 281753 / hbyun@cov.com)
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Robert D. Fram (SBN 126750 / rfram@cov.com)
Christine Saunders Haskett (SBN 188053 / chaskett@cov.com)
Matthew D. Kellogg (SBN 280541 / mkellogg@cov.com
Tess A. Hamilton (SBN 279738 / tahamilton@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Attorneys for Plaintiff/Counter-defendant
ARIBA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARIBA, INC., <br><br> Plaintiff/Counter-defendant, <br><br> v. <br><br> COUPA SOFTWARE INC., <br><br> Defendant/Counterclaimant. | Case No. 3:12-cv-01484 JST <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR CLAIM CONSTRUCTION DISCOVERY** |

1  Pursuant to Civil L.R. 6-2, Plaintiff/Counter-defendant Ariba, Inc. ("Ariba") and
2  Defendant/Counterclaimant Coupa Software Inc. ("Coupa") respectfully submit the following
3  Stipulation and Proposed Order.
4  On May 1, 2013, The Honorable Judge Tigar set the Last Day for Claim Construction
5  Discovery (Patent L.R. 4-4) for June 27, 2013. ECF No. 38.  The parties hereby request an extension
6  of this deadline up to and including July 2, 2013.
7  The modification requested herein will not have an effect on the schedule for the case, as the
8  parties will abide by all deadlines necessary to fit with the claim construction schedule to be set by
9  the Court.

**IT IS SO STIPULATED.**

Dated:   June 7, 2013                             Dated:   June 7, 2013

FISH & RICHARDSON P.C.                            COVINGTON & BURLING LLP

By   */s/ Enrique D. Duarte*                      By:   */s/ Amy K. Van Zant*
     Enrique D. Duarte                                  Amy K. Van Zant

Attorneys for Defendant/Counterclaimant           Attorneys for Plaintiff/Counter-defendant
COUPA SOFTWARE INC.                               ARIBA, INC.

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS ORDERED** that the parties' Patent L.R. 4-4 Claim Construction Discovery deadline shall be extended to July 2, 2013.

Dated: _____June 7_____, 2013          _____
                                              The Hon. Jon S. Tigar
                                              United States District Judge

1  Pursuant to Civil Local Rule 5-1, I attest that concurrence in the filing of this document has
2  been obtained from the signatory listed above.
3
4  Dated:     June 7, 2013                              COVINGTON & BURLING LLP
5                                                      By:   /s/ Amy K. Van Zant
6                                                            Amy K. Van Zant