Kelly C. Hunsaker (SBN 168307 / hunsaker@fr.com)
Enrique D. Duarte (SBN 247523 / duarte@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Defendant/Counterclaimant
COUPA SOFTWARE INC.

Robert T. Haslam (SBN 71134 / rhaslam@cov.com)
Amy K. Van Zant (SBN 19742 / avanzant@cov.com)
Hyun S. Byun (SBN 281753 / hbyun@cov.com)
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Christine Saunders Haskett (SBN 188053 / chaskett@cov.com)
Matthew D. Kellogg (SBN 280541 / mkellogg@cov.com
Tess A. Hamilton (SBN 279738 / tahamilton@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Attorneys for Plaintiff/Counter-defendant
ARIBA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| ARIBA, INC.,<br><br>Plaintiff/Counter-defendant,<br><br>v.<br><br>COUPA SOFTWARE INC.,<br><br>Defendant/Counter-plaintiff | Case No. 3:12-cv-01484 WHO<br><br>**STIPULATION AND ORDER RE ENTRY OF EQUIPMENT INTO THE COURT PURSUANT TO GENERAL ORDER NO. 58 FOR THE MARKMAN HEARING**<br><br>Date: September 13, 2013<br>Time: 9:00 a.m.<br>Courtroom: 12, 19th Floor<br>Judge: The Hon. William H. Orrick |

WHEREAS, on Sept. 13, 2013, at 9:00 a.m., the Court is scheduled to hear the parties' Markman arguments.

WHEREAS, the parties intend to use projectors, related projection equipment, and laptop

computers during the Markman hearing.

NOW, THEREFORE, the parties respectfully request that the Court issue an order permitting projectors, related projection equipment, and laptop computers to be brought into the Courtroom to be used by the parties in making their arguments to the Court.

**IT IS SO STIPULATED.**

Dated: September 10, 2013　　　　　　　　　Dated: September 10, 2013

FISH & RICHARDSON P.C.　　　　　　　　　COVINGTON & BURLING LLP

By  */s/ Enrique D. Duarte*　　　　　　　　　By:  */s/ Amy K. Van Zant*
　　　Enrique D. Duarte　　　　　　　　　　　　　Amy K. Van Zant

Attorneys for Defendant/Counterclaimant　　　Attorneys for Plaintiff/Counter-defendant
COUPA SOFTWARE INC.　　　　　　　　　　ARIBA, INC.

### ORDER

IT IS HEREBY ORDERED that:

Projectors, related projection equipment, and laptop computers may be brought into Courtroom 12, 19th Floor, of the Courthouse of the United States District Court for the Northern District of California, San Francisco Division, on Sept. 13, 2013 for the express purpose of presenting the parties' Markman arguments to the Court.

IT IS SO ORDERED.

Dated: September 11, 2013

HON. WILLIAM H. ORRICK
United States District Court Judge

1  Pursuant to Civil Local Rule 5-1, I attest that concurrence in the filing of this document has
2  been obtained from the signatory listed above.

Dated:  September 10, 2013                    FISH & RICHARDSON P.C.

                                              By:   /s/ Enrique D. Duarte
                                                    Enrique D. Duarte

50920647.doc