# OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

# Northern District of California

## CIVIL MINUTES

**Date:** September 13, 2013  **Time:** 2 hrs, 36 min  **Judge:** WILLIAM H. ORRICK
9:02-11:38 a.m.

**Case No.**: 12-cv-01484-WHO   **Case Name:**  Ariba, Inc. v. Coupa Software Inc.

**Attorney for Plaintiff:** Christine Haskett, Robert Fram, and Amy VanZant

**Attorney for Defendant:** Kelly Hunsaker and Enrique Duarte

**Deputy Clerk:** Jean Davis   **Court Reporter:** Debra Pas

## PROCEEDINGS

Markman hearing conducted. Parties present preliminary statements. The Court reviews the relevant terms with the parties, providing them with opportunity to present argument as to each term.  Parties present closing summations. Written order will issue.