Robert T. Haslam (SBN 71134 / rhaslam@cov.com)
Amy K. Van Zant (SBN 197482 / avanzant@cov.com)
Hyun S. Byun (SBN 281753 / hbyun@cov.com)
Samuel J. Edwards (SBN 289305 / sedwards@cov.com)
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Robert D. Fram (SBN 126750 / rfram@cov.com)
Christine Saunders Haskett (SBN 188053 / chaskett@cov.com)
Matthew D. Kellogg (SBN 280541 / mkellogg@cov.com
Tess A. Hamilton (SBN 279738 / tahamilton@cov.com)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Attorneys for Plaintiff/Counter-defendant
ARIBA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ARIBA, INC., <br><br> Plaintiff/Counter-defendant, <br><br> v. <br><br> COUPA SOFTWARE INC., <br><br> Defendant/Counterclaimant. | Case No. 3:12-cv-01484 WHO <br><br> **ARIBA, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF ON WHETHER § 112, ¶ 6 APPLIES TO "DECIDING BETWEEN"** <br><br> Judge:    Hon. William H. Orrick <br><br> Complaint Filed: March 23, 2012 <br> Trial Date:    Not Set <br><br> JURY TRIAL DEMANDED |

1    Pursuant to Civil Local Rule 7-11, Ariba respectfully moves for leave to file the attached Supplemental Brief on Whether § 112, ¶ 6 Applies to "Deciding Between." [See Ex. 1 to the Declaration of Ms. Amy Van Zant ("Van Zant Decl.").]

Ariba requests this relief to address an issue that came up during the claim construction hearing on September 13, 2013. The Court stated that it was inclined to apply 35 U.S.C. § 112, ¶ 6 to the "deciding between" limitation from Claims 35 and 41 because the limitation closely tracks the "order generating means" limitation from Claim 1, only without invoking the word "means." Ariba submits this supplemental brief on the narrow issue of whether 35 U.S.C. § 112, ¶ 6 properly applies to the "deciding between" limitation found in Claims 35 and 41 where, as here, the claim limitation contains something that can be construed as an act (namely, "deciding between" the ordering modules).

Ariba has conferred with counsel for Coupa regarding the relief requested herein, and Coupa's counsel opposes this motion.

Therefore, Ariba respectfully requests an order permitting it to file the brief attached as Exhibit 1 to the Van Zant Declaration.

DATED:   September 16, 2013          COVINGTON & BURLING

By: /s/ *Amy K. Van Zant*
Robert T. Haslam
Amy K. Van Zant
Hyun S. Byun
Samuel J. Edwards
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

*Attorneys for Plaintiff Ariba, Inc.*

1