1   Robert T. Haslam (SBN 71134)           Robert D. Fram (SBN 126750)
    rhaslam@cov.com                        rfram@cov.com
2   Amy K. Van Zant (SBN 197426)           Christine Saunders Haskett (SBN 188053)
    avanzant@cov.com                       chaskett@cov.com
3   Hyun S. Byun (SBN 281753)              Matthew D. Kellogg (SBN 280541)
    hbyun@cov.com                          mkellogg@cov.com
4   Tess A. Hamilton (SBN 279738)          COVINGTON & BURLING LLP
    tahamilton@cov.com                     One Front Street
5   Samuel J. Edwards (SBN 289305)         San Francisco, CA 94111
    sedwards@cov.com                       Tel.:   (415) 591-6000
6   COVINGTON & BURLING LLP                Fax:    (415) 591-6091
    333 Twin Dolphin Drive, Suite 700
7   Redwood Shores, CA 94065
    Tel.:   (650) 632-4700
8   Fax:    (650) 632-4800

9   Attorneys for Plaintiff/Counter-defendant
    ARIBA, INC.
10

11  Kelly C. Hunsaker (SBN 168307)         Bryan A. Blumenkopf (SBN 286266)_
    hunsaker@fr.com                        bkb@fr.com)
12  Enrique D. Duarte (SBN 247523)         FISH & RICHARDSON P.C.
    duarte@fr.com                          12390 El Camino Real
13  FISH & RICHARDSON P.C.                 San Diego, CA 92130
    500 Arguello Street, Suite 500         Telephone: (858) 678-5070
14  Redwood City, CA 94063                 Facsimile: (858) 678-5099
    Telephone: (650) 839-5070
15  Facsimile: (650) 839-5071

16  Attorneys for Defendant/Counterclaimant
    COUPA SOFTWARE INC.

17

18              UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
19                  SAN FRANCISCO DIVISION

20

21  ARIBA, INC.,                           Case No.: 3:12-cv-01484-WHO
    a Delaware corporation,
22
            Plaintiff/Counter-defendant,   **JOINT STIPULATION AND**
23                                          **ORDER TO PERMIT THE**
            v.                              **PARTIES TO SERVE AMENDED**
24                                          **CONTENTIONS**
    COUPA SOFTWARE INC.,
25  a Delaware corporation,

26          Defendant/Counterclaimant.

27

28

1     Plaintiff Ariba, Inc. ("Ariba") and Coupa, Inc. ("Coupa"), by and through their counsel

2 of record, hereby jointly submit the following stipulation and proposed order granting leave for

3 Ariba to amend the Infringement Contentions served in September 2012 and for Coupa to

4 amend the Invalidity Contentions served in November 2012.

5     WHEREAS Ariba timely served its Disclosure of Asserted Claims and Infringement

6 Contentions pursuant to Patent Local Rule 3-1 and 3-2 in September 2012;

7     WHEREAS the Court's October 24, 2013 Claim Construction Order contains some

8 constructions that are different than those proposed by Ariba;

9     WHEREAS Ariba believes that good cause exists to amend its Infringement

10 Contentions served in September 2012 to address claim construction issues raised by any

11 constructions not proposed by Ariba, to include theories based on the new Coupa 10 product

12 and to address new discovery of nonpublic information about previously accused versions of the

13 Coupa software which was not discovered, despite diligent efforts, before the service of the

14 Infringement Contentions..

15     WHEREAS Coupa timely served its Disclosures of Invalidity Contentions pursuant to

16 Patent Local Rule 3-3 and 3-4 in November 2012;

17     WHEREAS Coupa believes that good cause exists to amend their Invalidity Contentions

18 served in November 2012 to conform to Ariba's proposed Amended Infringement Contentions

19 described above, to address claim construction issues raised by any constructions not proposed

20 by Coupa and to identify prior art references that were not previously identified despite a

21 diligent search.

22     WHEREAS Ariba and Coupa desire to conserve time and resources expended in this

23 matter without contested motion practice on the issues described herein, but reserve the right to

24 move to strike amended contentions not based on good cause or that result in undue prejudice to

25 the opposing party, and agree that the burden of showing good cause to amend and lack of

26 undue prejudice will not shift by virtue of filing a motion to strike instead of opposing a motion

27 for leave to amend;

28     NOW THEREFORE, Ariba and Coupa agree and stipulate as follows:

1.     Upon entry of the requested Order and consistent with the Joint Proposed Case Schedule, Ariba shall serve its proposed Amended Infringement Contentions by December 23, 2013; and

2.     Upon entry of the requested Order and consistent with the Joint Proposed Case Schedule, Coupa shall serve its proposed Amended Invalidity Contentions by January 8, 2014.

Respectfully submitted,

Dated:  December 18, 2013                 COVINGTON & BURLING LLP


By:    /s/ *Amy K. Van Zant*
    Amy K. Van Zant
    Attorneys for Plaintiff/Counter-defendant
    ARIBA, INC.

Dated:  December 18, 2013                 FISH & RICHARDSON P.C.


By:    /s/ *Enrique Duarte*
Enrique Duarte
Attorneys for Defendant/Counterclaimant
COUPA SOFTWARE INC.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATE: December 19, 2013          By:  _____
    The Honorable William H. Orrick
    United States District Court Judge