1 | Robert T. Haslam (SBN 71134) | Robert D. Fram (SBN 126750)
rhaslam@cov.com | rfram@cov.com
2 | Amy K. Van Zant (SBN 197426) | Christine Saunders Haskett (SBN 188053)
avanzant@cov.com | chaskett@cov.com
3 | Hyun S. Byun (SBN 281753) | Matthew D. Kellogg (SBN 280541)
hbyun@cov.com | mkellogg@cov.com
4 | Tess A. Hamilton (SBN 279738) | COVINGTON & BURLING LLP
tahamilton@cov.com | One Front Street
5 | Samuel J. Edwards (SBN 289305) | San Francisco, CA 94111
sedwards@cov.com | Tel.: (415) 591-6000
6 | COVINGTON & BURLING LLP | Fax: (415) 591-6091
333 Twin Dolphin Drive, Suite 700
7 | Redwood Shores, CA 94065
Tel.: (650) 632-4700
8 | Fax: (650) 632-4800

Attorneys for Plaintiff/Counter-defendant
ARIBA, INC.

Kelly C. Hunsaker (SBN 168307) | Bryan A. Blumenkopf (SBN 286266)_
hunsaker@fr.com | bkb@fr.com)
Enrique D. Duarte (SBN 247523) | FISH & RICHARDSON P.C.
duarte@fr.com | 12390 El Camino Real
FISH & RICHARDSON P.C. | San Diego, CA 92130
500 Arguello Street, Suite 500 | Telephone: (858) 678-5070
Redwood City, CA 94063 | Facsimile: (858) 678-5099
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Defendant/Counterclaimant
COUPA SOFTWARE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARIBA, INC., a Delaware corporation, | Case No.: 3:12-cv-01484-WHO |
| Plaintiff/Counter-defendant, | **JOINT CASE MANAGEMENT SCHEDULE** |
| v. | |
| COUPA SOFTWARE INC., a Delaware corporation, | |
| Defendant/Counterclaimant. | |

Pursuant to the Minute Entry of December 10, 2013, ECF No. 75, this Joint Proposed Case Management Schedule is hereby submitted on behalf of Plaintiff/Counter-defendant Ariba, Inc. ("Ariba") and Defendant/Counterclaimant Coupa Software Inc. ("Coupa").

| Event | Joint Proposal |
|---|---|
| Ariba serves its Amended Infringement Contentions and Preliminary Election of Claims, which shall identify no more than 15 asserted claims. | December 23, 2013 |
| Coupa serves its Amended Invalidity Contentions and Preliminary Election of Prior Art, which shall identify no more than 15 prior art references to be relied upon. A "reference" is any single reference asserted to be anticipatory prior art under 35 U.S.C. § 102 or combination of references asserted to render one or more claims obvious under 35 U.S.C. § 103. | January 8, 2014 |
| Deadline to complete mediation | March 30, 2014 |
| Ariba serves its Final Election of Asserted Claims, identifying no more than 10 asserted claims. | July 2, 2014 (28 days prior to service of opening expert reports) |
| Coupa serves its Final Election of Prior Art, identifying no more than 10 asserted references. | July 16, 2014 (14 days prior to service of opening expert reports) |
| Close of fact discovery | July 16, 2014 |
| Parties Serve Initial Expert Reports and Produce Related Documents and Materials | July 30, 2014 |
| Parties Serve Rebuttal Expert Reports and Produce Related Documents and Materials | August 27, 2014 |
| Expert Depositions | August 28 – Sep. 17, 2014 |
| Final Date for Filing Dispositive Motions and Motions to Limit or Exclude Expert Testimony | October 1, 2014 (may be filed sooner) |
| Opposition to Motions for Summary Judgment | October 15, 2014 (or 14 days after opening brief is filed) |
| Reply to Motions for Summary Judgment | October 22, 2014 (or 7 days after opposition is filed) |
| Hearing Date for Dispositive Motions | November 5, 2014 (or approximately 30 days after a party's opening brief is filed, subject to the Court's availability) |
| Pre-Trial Conference | January 5, 2015 |
| Jury Selection and Trial Begins | January 20, 2015 |

The parties also note that they are filing herewith a Joint Stipulation and Proposed Order to Permit the Parties to Serve Amended Contentions, consistent with the parties' desire to serve amended infringement and invalidity contentions as noted in the parties' December 3, 2013 Joint Case Management Statement and as provided for in the proposed schedule *supra*.

Respectfully submitted,

Dated: December 18, 2013
COVINGTON & BURLING LLP

By: /s/ *Amy K. Van Zant*
Amy K. Van Zant
Attorneys for Plaintiff/Counter-defendant
ARIBA, INC.

Dated: December 18, 2013
FISH & RICHARDSON P.C.

By: /s/ *Enrique Duarte*
Enrique Duarte
Attorneys for Defendant/Counterclaimant
COUPA SOFTWARE INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: December 19, 2013

WILLIAM H. ORRICK
United States District Judge