Robert T. Haslam (State Bar No. 71134)
Amy K. Van Zant (State Bar No. 197426)
Tess A. Hamilton (State Bar No. 279738)
Hyun S. Byun (State Bar No. 281753)
Samuel J. Edwards (State Bar No. 289305)
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Tel.:   (650) 632-4700
Fax:   (650) 632-4800

Robert D. Fram (State Bar No. 126750)
Christine Saunders Haskett (State Bar No. 188053)
E. Daniel Robinson (State Bar No. 254458)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Tel.:   (415) 591-6000
Fax:   (415) 591-6091

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIBA, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>COUPA SOFTWARE INC., a Delaware corporation,<br><br>            Defendant. | Civil Case No.: 3:12-cv-01484-WHO<br><br>**ORDER ON STIPULATED MOTION FOR LEAVE TO FILE ARIBA, INC.'S FIRST AMENDED COMPLAINT** |

Before the Court is Plaintiff Ariba, Inc. ("Ariba") and Defendant Coupa Software Inc.'s ("Coupa") Stipulated Motion for Leave to File Ariba, Inc.'s First Amended Complaint.

Having considered the Motion, it is hereby ORDERED that Ariba shall file its First Amended Complaint.

IT IS SO ORDERED

Dated: January 9, 2014

_____
WILLIAM H. ORRICK
United States District Judge