1   Robert T. Haslam (SBN 71134 / rhaslam@cov.com)
    Amy K. Van Zant (SBN 197482 / avanzant@cov.com)
2   Hyun S. Byun (SBN 281753 / hbyun@cov.com)
    Tess A. Hamilton (SBN 279738 / tahamilton@cov.com)
3   Samuel J. Edwards (SBN 289305 / sedwards@cov.com)
    COVINGTON & BURLING LLP
4   333 Twin Dolphin Drive, Suite 700
    Redwood Shores, CA 94065
5   Telephone: (650) 632-4700
    Facsimile: (650) 632-4800
6
7
    Robert D. Fram (SBN 126750 / rfram@cov.com)
8   Christine Saunders Haskett (SBN 188053 / chaskett@cov.com)
    E. Daniel Robinson (State Bar No. 254458 / drobinson@cov.com)
9   COVINGTON & BURLING LLP
    One Front Street
10  San Francisco, CA 94111
    Telephone: (415) 591-6000
11  Facsimile: (415) 591-6091
12
    *Attorneys for Plaintiff*
13  ARIBA, INC.

14              UNITED STATES DISTRICT COURT

15          FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                SAN FRANCISCO DIVISION

17

18  ARIBA, INC.,
                                          Civil Case No.: 3:12-cv-01484-WHO
19  a Delaware corporation,

20        Plaintiff,

21        v.                              **ARIBA, INC.'S FIRST AMENDED
                                          COMPLAINT**
22  COUPA SOFTWARE INC.,
    a Delaware corporation,
23                                        **DEMAND FOR JURY TRIAL**

24        Defendant.

25

26

27

28

Plaintiff Ariba, Inc., for its complaint against Coupa Software Inc., alleges as follows:

## THE PARTIES

1. Plaintiff Ariba, Inc. ("Ariba") is a Delaware corporation having its principal place of business at 910 Hermosa Court, Sunnyvale, CA 94085.

2. Upon information and belief, Coupa Software Inc. ("Coupa" or "Defendant") is a Delaware corporation having its principal place of business at 100 S. Ellsworth Avenue, San Mateo, CA 94401.

## JURISDICTION AND VENUE

3. The Court has jurisdiction of this action under 28 U.S.C. §§ 1331 and 1338(a), in that this action arises under the patent laws of the United States (35 U.S.C. §§ 1 et seq.).

4. Ariba is informed and believes that Coupa has its principal place of business in San Mateo, California, which is located in the Northern District of California. Ariba is further informed and believes that Coupa sells and/or offers for sale its services and products within the State of California, including the Northern District of California. Coupa maintains a registered agent for service of process in San Mateo, California.

5. The Defendant is therefore a resident of this District pursuant to 28 U.S.C. § 1391(c), and venue exists pursuant to 28 U.S.C. § 1391(b).

## INTRADISTRICT ASSIGNMENT

6. Pursuant to General Order 67, venue-based assignment of civil cases is suspended for newly filed patent cases, which are to be initially assigned pursuant to General Order No. 44 and Civil Local Rules 3-2 and 3-3. General Order 44 specifies that patent cases shall be randomly assigned to any judge of this Court and shall not be reassigned on the basis of intradistrict venue.

## FACTUAL ALLEGATIONS

7. Operating resources are the goods and services required to run a business. They can include capital goods, operational items, transportation, professional services, sub-components, and/or raw materials that a company needs to develop and manufacture a product or provide a service. In the past, companies had to procure operating resources through paper-

1  based methods that were costly, inefficient, and prone to error.  Because these traditional

2  methods were fragmented and thus not broadly adopted by employees, they often failed to

3  account for all operating-resource spending within an organization.

4          8.      Ariba, formed in 1996, addressed these limitations through a series of

5  fundamental inventions for implementing flexible, company-wide electronic procurement ("e-

6  procurement") systems for each step of the procurement process, including locating and

7  requesting operating resources, approving requisitions, and billing and payment.  Ariba has

8  obtained patents duly issued by the United States Patent and Trademark Office on its e-

9  procurement inventions, including United States Patent No. 7,117,165 ("the '165 patent").

10          9.      On information and belief, Coupa was founded in 2006 and offers Coupa e-

11  Procurement software products that directly compete with Ariba's patented products.  On

12  information and belief, Coupa e-Procurement software products embody all of the elements of

13  at least one of the inventions claimed in the '165 patent and therefore infringe this patent.

14         10.     Additionally, Coupa's customers can use Coupa e-procurement software by

15  integrating with enterprise resource planning ("ERP") systems.  Coupa advertises that it

16  supports several different implementation options for sending purchase orders from the Coupa

17  e-procurement software through an ERP system.

18         11.     Coupa provides instructional materials that explain how its customers can

19  integrate Coupa's e-procurement software with ERP systems to generate and communicate

20  purchase orders through the ERP system.  Coupa markets several different ways for integrating

21  the Coupa e-procurement software with ERP systems, some of which are based on integration

22  software provided by Coupa and some of which are based on integration software provided by

23  third parties (who provide the integration software in consultation with/at the instruction of

24  Coupa).  Additionally, Coupa advertises that it will provide personnel and technical support to

25  assist its customers in integrating its e-procurement software with ERP systems to allow sending

26  purchase orders through the ERP system.

27         12.     Coupa's infringement has deprived Ariba of sales of its e-procurement software

28  products and has damaged Ariba's investment in its intellectual property.  On information and

1  belief, Coupa has obtained customers by using e-procurement solutions patented by Ariba and

2  thus has exploited Ariba's investment in the research and development of its patented solutions.

3  Coupa's continuing infringement deprives Ariba of its rightful customers and is continuing to

4  damage Ariba and cause it irreparable harm.

5  **ARIBA'S FUNDAMENTAL E-PROCUREMENT PATENT**

6  13.    On October 3, 2006, the United States Patent and Trademark Office duly and

7  legally issued United States Patent No. 7,117,165 ("the '165 patent") entitled "Operating

8  Resource Management System" to Norman Adams, Marc Brown, Brian Carlstrom, Brian Elkin,

9  Paul Hegarty, Guy Haskin, and Boris Putanec.

10  14.    Ariba is the owner by valid assignment of all rights, title, and interest in the '165

11  patent.  A true and correct copy of the '165 patent is attached hereto as Exhibit A.  Ariba has

12  marked its products with the '165 patent.

13

14  **COUNT I**
15  **DIRECT INFRINGEMENT OF UNITED STATES PATENT NO. 7,117,165**

16  15.    Plaintiff hereby incorporates the foregoing paragraphs of this Complaint and

17  restates them as if they were fully written herein.

18  16.    Upon information and belief, Defendant has and continues to directly infringe at

19  least one claim of the '165 patent, in violation of 35 U.S.C. § 271(a), by making, using, selling,

20  and offering for sale the Coupa e-Procurement software products that embody the patented

21  inventions, to the damage and injury of Ariba.

22  17.    As a direct and proximate consequence of Defendant's infringement of the '165

23  patent, Ariba has suffered and will continue to suffer irreparable injury and damages in an

24  amount not yet determined, for which Ariba is entitled to relief.

25  **COUNT II**
26  **CONTRIBUTORY INFRINGEMENT OF UNITED STATES PATENT NO. 7,117,165**

27

28

1    18.    Plaintiff hereby incorporates the foregoing paragraphs of this Complaint and

2    restates them as if they were fully written herein.

3    19.    Upon information and belief, Defendant has and continues to indirectly infringe

4    at least one claim of the '165 patent, in violation of 35 U.S.C. § 271(c), by making, using,

5    selling, and offering for sale the Coupa e-Procurement software products that embody the

6    patented inventions, to the damage and injury of Ariba.

7    20.    On information and belief, Coupa sells and offers to sell its e-Procurement

8    software products in the United States.  On information and belief, the Coupa e-Procurement

9    software products have no substantial non-infringing uses.  On information and belief, use of the

10   Coupa e-Procurement software products by Coupa's customers who engage in a purchase

11   process constitutes direct infringement of one or more claims of the '165 patent.  Coupa has

12   knowledge of or should have had knowledge of the '165 patent by virtue of the marking of

13   Ariba's competing e-procurement products.

14   21.    As a direct and proximate consequence of Defendant's indirect

15   infringement of the '165 patent, Ariba has suffered and will continue to suffer irreparable injury

16   and damages in an amount not yet determined, for which Ariba is entitled to relief.

17

18   **COUNT III**
     **INDUCED INFRINGEMENT OF UNITED STATES PATENT NO. 7,117,165**

19

20   22.    Plaintiff hereby incorporates the foregoing paragraphs of this Complaint

21   and restates them as if they were fully written herein.

22   23.    Coupa has and continues to indirectly infringe at least one claim of the '165

23   patent, in violation of 35 U.S.C. § 271(b), by actively inducing infringement of the '165 patent.

24   24.    Coupa is and has been aware of the existence of the '165 patent at least

25   since March 23, 2012, when Ariba filed the original complaint alleging Coupa's infringement of

26   the '165 patent.

27   25.    The use of the Coupa e-procurement software products by Coupa's

28   customers in the manner advertised and/or instructed by Coupa constitutes direct infringement

1    of one or more claims of the '165 patent, including at least Claims 1-7, 13-15, 18, 20-22, and

2    24.  In particular, Coupa's customers' use of Coupa's e-procurement software products to

3    generate and communicate purchase orders from an ERP system, based on requisition

4    information from the Coupa system, infringes one or more claims of the '165 patent.  Coupa

5    customers infringe the '165 patent at least when the customers use Coupa software and/or third-

6    party software to integrate the Coupa e-procurement software with an ERP system to allow

7    sending purchase orders from the ERP system rather than from the Coupa system.  Coupa

8    advertises at least four different ways in which the Coupa e-procurement software can be

9    integrated with ERP systems, including through (1) what it calls a "flat file" or FTP, (2)

10   Coupa's own Application Programming Interface (API), (3) third-party software provided by

11   Boomi, Inc., and (4) custom implementations.  On information and belief, Coupa provides

12   software for integration with Coupa software at least by "flat file" / FTP, APIs, and custom

13   implementations.

14          26.          Coupa knowingly induces and possesses specific intent to encourage its

15   customers to infringe one or more claims of the '165 patent. Coupa advertises that the Coupa e-

16   procurement software can be used in an infringing manner (i.e., to provide requisition

17   information to an integrated ERP system, which, in turn, generates and communicates an order

18   to the supplier), and provides instructional materials to its customers on how to use the Coupa e-

19   procurement software in an infringing manner.   On information and belief, Coupa participates

20   in assisting its customers to use the Coupa e-procurement software in an infringing manner and

21   provides technical support to help customers to use the Coupa e-procurement software in an

22   infringing manner.  In particular, Coupa knowingly induces and possesses specific intent to

23   encourage its customers to infringe one or more claims of the '165 patent at least when it

24   provides instructional materials, assistance, and/or technical support to help customers to use

25   Coupa and/or third-party software to integrate the Coupa e-procurement software with an ERP

26   system to allow sending purchase orders from the ERP system.

27

28

1   27.      As a direct and proximate consequence of Defendant's indirect

2   infringement of the '165 patent, Ariba has suffered and will continue to suffer irreparable injury

3   and damages in an amount not yet determined, for which Ariba is entitled to relief.

4                           **PRAYER FOR RELIEF**

5       WHEREFORE, Plaintiff Ariba prays for relief as follows:

6       A.      A judgment that Defendant has directly infringed, contributed to the infringement

7   of, and/or induced the infringement of Ariba's '165 patent;

8       B.      A judgment permanently enjoining and restraining Defendant and its

9   subsidiaries, parents, officers, directors, agents, servants, employees, affiliates, attorneys, and all

10  others in active concert with them from directly infringing, contributing to the infringement of,

11  and/or inducing the infringement of the '165 patent;

12      C.      A judgment awarding Ariba damages, including lost profits, adequate to

13  compensate for Defendant's infringement, and in no event less than a reasonable royalty for

14  Defendant's acts of infringement;

15      D.      A judgment awarding damages to Ariba for its costs, disbursements, and

16  attorneys' fees incurred in prosecuting this action, with interest, and otherwise as provided by

17  law;

18      E.      A judgment awarding Ariba pre-judgment and post-judgment interest on Ariba's

19  damages as allowed by law; and

20      F.      Such other relief as the Court may deem just and equitable.

21                           **DEMAND FOR JURY TRIAL**

22      Pursuant to Fed. R. Civ. P. 38(b), Ariba demands a trial by jury.

23

24

25

26

27

28

1      Respectfully submitted this 10th day of January 2014.

2

3                       COVINGTON & BURLING LLP

4                BY  /s/ *Amy K. Van Zant*
                       Robert T. Haslam

5                        Amy K. Van Zant
                       Hyun S. Byun

6                        Tess A. Hamilton
                       Samuel J. Edwards

7                        COVINGTON & BURLING LLP
                       333 Twin Dolphin Drive, Suite 700

8                        Redwood Shores, CA 94065

9                        Telephone: (650) 632-4700
                       Facsimile: (650) 632-4800

10

11                        Robert D. Fram
                       Christine Saunders Haskett

12                        E. Daniel Robinson
                       COVINGTON & BURLING LLP

13                        One Front Street
                       San Francisco, CA 94111

14                        Telephone: (415) 591-6000
                       Facsimile: (415) 591-6091

15

16                        *Attorneys for Plaintiff ARIBA, INC.*

17

18

19

20

21

22

23

24

25

26

27

28