# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** April 2, 2014 | **Time:** 24 minutes<br>1:59 p.m. to 2:23 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 12-cv-01484-WHO | **Case Name:** Ariba, Inc. v. Coupa Software Inc. | |

**Attorney for Plaintiff:**  Amy Vanzant, Kurt Celia, Ted Torous, Hyun S. Byun
**Attorney for Defendant:**  Kelly Hunsaker, Enrique Duarte, Tom Manuel

**Deputy Clerk:** Jean Davis           **Court Reporter:** FTR Recording

## PROCEEDINGS

Parties heard as to the Motion for Leave to File Second Amended Complaint. Motion taken under submission; written order to follow.