UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIBA, INC., <br>     Plaintiff, <br>     v. <br> COUPA SOFTWARE INC., <br>     Defendant. | Case No. 12-cv-01484-WHO <br><br> **ORDER RE THAKUR DEPOSITION ERRATA** <br><br> Re: Dkt. No. 113 |

After reviewing the Joint Statement Pursuant To Standing Order Re Discovery Disputes Regarding Ravi Thakur Deposition Errata, I DENY without prejudice Ariba Inc.'s request to strike the errata. Ariba should raise this issue again if the contested errata is offered as testimony or otherwise becomes relevant at summary judgment or trial.

**IT IS SO ORDERED**.

Dated: April 15, 2014

WILLIAM H. ORRICK
United States District Judge