Robert T. Haslam (SBN 71134)
rhaslam@cov.com
Amy K. Van Zant (SBN 197426)
avanzant@cov.com
Tess A. Hamilton (SBN 279738)
tahamilton@cov.com
Hyun S. Byun (SBN 281753)
hbyun@cov.com
Edward T. Torous (SBN 287990)
ttorous@cov.com
Samuel J. Edwards (SBN 289305)
sedwards@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Robert D. Fram (SBN 126750)
rfram@cov.com
Christine Saunders Haskett (SBN 188053)
chaskett@cov.com
E. Daniel Robinson (SBN 254458)
drobinson@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Attorneys for Plaintiff/Counter-defendant,
ARIBA, INC.

Kelly C. Hunsaker (SBN 168307)
hunsaker@fr.com
Betty Chen (SBN 290588)
bchen@fr.com
Thomas B. Manuel (SBN 254186)
manuel@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Bryan A. Blumenkopf (SBN 286266)
bkb@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Defendant/Counterclaimant
COUPA SOFTWARE INC.

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ARIBA, INC., <br><br> Plaintiff/Counter-defendant, <br><br> v. <br><br> COUPA SOFTWARE INC., <br><br> Defendant/Counterclaimant. | Civil Case No.: 3:12-cv-01484-WHO <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

The parties hereto, acting by and through counsel, do hereby stipulate that this action, including all claims, defenses, and/or counterclaims brought, is hereby dismissed with prejudice pursuant to a Settlement Agreement executed by the parties on August 5, 2014.  Each party waives the right to make a claim against the other for such costs, attorney fees, or any other expenses associated with the matters being settled here.

**STIPULATED AND AGREED TO:**

Respectfully submitted,

DATED:  August 7, 2014        COVINGTON & BURLING

By:    /s/ *Amy K. Van Zant*
Amy K. Van Zant
Covington & Burling LLP
333 Twin Dolphin Dr., Ste. 700
Redwood Shores, CA  94065
650.632.4711
avanzant@cov.com
Attorneys for Plaintiff
*ARIBA, INC.*

DATED:  August 7, 2014        FISH & RICHARDSON P.C.

By:    /s/ *Kelly Hunsaker*
Kelly Hunsaker
Fish & Richardson P.C.
500 Arguello St.
Redwood City, CA  94063
650.839.5070
hunsaker@fr.com
Attorneys for Defendant/Counterclaimant
*COUPA SOFTWARE INC.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____        By: _____
                                        The Honorable William H. Orrick
                                        United States District Judge

**ECF CERTIFICATION**

I, Amy K. Van Zant, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE. In compliance with Local Rule 5-1, I hereby attest that Kelly Hunsaker has concurred in this filing.

Dated:  August 7, 2014                             COVINGTON & BURLING LLP

By:   /s/ *Amy K. Van Zant*
Amy K. Van Zant
Attorneys for Plaintiff/Counter-defendant
ARIBA, INC.