| | |
|---|---|
| Robert T. Haslam (SBN 71134) | Robert D. Fram (SBN 126750) |
| rhaslam@cov.com | rfram@cov.com |
| Amy K. Van Zant (SBN 197426) | Christine Saunders Haskett (SBN 188053) |
| avanzant@cov.com | chaskett@cov.com |
| Tess A. Hamilton (SBN 279738) | E. Daniel Robinson (SBN 254458) |
| tahamilton@cov.com | drobinson@cov.com |
| Hyun S. Byun (SBN 281753) | COVINGTON & BURLING LLP |
| hbyun@cov.com | One Front Street |
| Edward T. Torous (SBN 287990) | San Francisco, CA 94111 |
| ttorous@cov.com | Telephone: (415) 591-6000 |
| Samuel J. Edwards (SBN 289305) | Facsimile: (415) 591-6091 |
| sedwards@cov.com | |
| COVINGTON & BURLING LLP | |
| 333 Twin Dolphin Drive, Suite 700 | |
| Redwood Shores, CA 94065 | |
| Telephone: (650) 632-4700 | |
| Facsimile: (650) 632-4800 | |

Attorneys for Plaintiff/Counter-defendant,
ARIBA, INC.

| | |
|---|---|
| Kelly C. Hunsaker (SBN 168307) | Bryan A. Blumenkopf (SBN 286266) |
| hunsaker@fr.com | bkb@fr.com |
| Betty Chen (SBN 290588) | FISH & RICHARDSON P.C. |
| bchen@fr.com | 12390 El Camino Real |
| Thomas B. Manuel (SBN 254186) | San Diego, CA  92130 |
| manuel@fr.com | Telephone: (858) 678-5070 |
| FISH & RICHARDSON P.C. | Facsimile: (858) 678-5099 |
| 500 Arguello Street, Suite 500 | |
| Redwood City, CA  94063 | |
| Telephone: (650) 839-5070 | |
| Facsimile: (650) 839-5071 | |

Attorneys for Defendant/Counterclaimant
COUPA SOFTWARE INC.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ARIBA, INC., | Civil Case No.: 3:12-cv-01484-WHO |
| Plaintiff/Counter-defendant, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| COUPA SOFTWARE INC., | |
| Defendant/Counterclaimant. | |

The parties hereto, acting by and through counsel, do hereby stipulate that this action, including all claims, defenses, and/or counterclaims brought, is hereby dismissed with prejudice pursuant to a Settlement Agreement executed by the parties on August 5, 2014.  Each party waives the right to make a claim against the other for such costs, attorney fees, or any other expenses associated with the matters being settled here.

**STIPULATED AND AGREED TO:**

                                        Respectfully submitted,

DATED:  August 7, 2014         COVINGTON & BURLING

                                        By:   /s/ *Amy K. Van Zant*
                                        Amy K. Van Zant
                                        Covington & Burling LLP
                                        333 Twin Dolphin Dr., Ste. 700
                                        Redwood Shores, CA  94065
                                        650.632.4711
                                        avanzant@cov.com
                                        Attorneys for Plaintiff
                                        *ARIBA, INC.*

DATED:  August 7, 2014         FISH & RICHARDSON P.C.

                                          By:   /s/ *Kelly Hunsaker*
                                        Kelly Hunsaker
                                        Fish & Richardson P.C.
                                        500 Arguello St.
                                        Redwood City, CA  94063
                                        650.839.5070
                                        hunsaker@fr.com
                                        Attorneys for Defendant/Counterclaimant
                                        *COUPA SOFTWARE INC*.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 8, 2014          By: _____
                                        The Honorable William H. Orrick
                                          United States District Judge